**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   **Roberson v. Hathaway**   Case Number:   **08 C 1943**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Jody Hathaway, Respondent**

| | |
|---|---|
| NAME (Type or print) | |
| | **Retha Stotts** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | **s/ Retha Stotts** |
| FIRM | |
| | **Illinois Attorney General** |
| STREET ADDRESS | **100 W. Randolph Street, 12th Floor** |
| CITY/STATE/ZIP | **Chicago, IL 60601-3218** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  **6270680** | TELEPHONE NUMBER  **(312) 814-0010** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

    I certify that I mailed a copy of this **Attorney Appearance Form** to petitioner at the following address on May 8, 2008.

Ronnie Roberson, #A70990
Shawnee Correctional Center
6665 Route 146 East
Vienna, IL 62995

                                        s/ Retha Stotts
                                        RETHA STOTTS