IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE ROBERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1943 |
| | ) | |
| JODY HATHAWAY, Warden, | ) | The Honorable |
| | ) | Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR ORDER DIRECTING RELEASE OF RECORD TO ILLINOIS ATTORNEY GENERAL

Respondent JODY HATHAWAY moves this Court for an order directing the

Clerk of the Circuit Court of Cook County, Illinois, to release the record in *People v.*

*Roberson*, No. 97 CR 20913, to respondent's counsel, the Attorney General of

Illinois.  A supporting declaration is attached to this motion, and a proposed order

has been submitted by email.


May 7, 2008                                Respectfully submitted,

                                           LISA MADIGAN
                                           Attorney General of Illinois

                              BY:    s/ Retha Stotts
                                     RETHA STOTTS, Bar #6270680
                                     Assistant Attorney General
                                     100 West Randolph Street, 12th Floor
                                     Chicago, Illinois 60601-3218
                                     TELEPHONE: (312) 814-0010
                                     FAX: (312) 814-5166
                                     E-MAIL: rstotts@atg.state.il.us

## DECLARATION

RETHA STOTTS states as follows:

1.    I am an assistant attorney general in the criminal appeals division of the Office of the Illinois Attorney General.  I was assigned to represent the respondent in this case on May 6, 2008.

2.    The petition challenges petitioner's conviction in the Circuit Court of Cook County Illinois, Skokie Division, in *People v. Roberson*, No. 97 CR 20913.  (R.7 at 1).  This Court has ordered respondent to respond to the petition.  (R.6).

3.    I anticipate needing the state court record in petitioner's case in order to respond to the petition.  I confirmed, by a telephone call to the Illinois Appellate Court, that the record in petitioner's case is currently in the custody of the Circuit Court of Cook County Illinois, Skokie Division.

4.    My understanding is that the Clerk of the Circuit Court of Cook County will not release state court records to the Attorney General's Office without a court order directing the release of the records.

5.    Accordingly, I am requesting that this Court issue an order directing the Clerk of the Circuit Court of Cook County, Illinois, to release the records in *People v. Roberson*, No. 97 CR 20913, to the Office of the Illinois Attorney General for use in responding to the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/7/08                                   /s/ Retha Stotts_____ _____
                                                     RETHA STOTTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing **Motion For Order Directing Release Of Record To Illinois Attorney General** with the Clerk of the Court using the CM/ECF system and emailed to the Court a proposed **Order Directing Release Of Record To Illinois Attorney General**. I further certify that I mailed copies of both documents to the following non-CM/ECF participant on May 8, 2008:

Ronald Roberson, #A70990
Shawnee Correctional Center
6665 Route 146 East
Vienna, IL 62995

s/ Retha Stotts_____
RETHA STOTTS, Bar #6270680
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-0010
FAX: (312) 814-5166
E-MAIL: rstotts@atg.state.il.us