IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE ROBERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1943 |
| | ) | |
| JODY HATHAWAY, Warden, | ) | The Honorable |
| | ) | Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Ronald Roberson, #A70990
      Shawnee Correctional Center
      6665 Route 146 East
      Vienna, IL 62995

Please take notice that on Tuesday, May 13, 2008, at 9:15 a.m., or as soon thereafter as I can be heard, I will appear before Judge Dow in room 1919 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's **Motion For Order Directing Release Of Record To Illinois Attorney General**.

May 7, 2008                                  Respectfully submitted,

                                                               LISA MADIGAN
                                                               Attorney General of Illinois

                           BY:    <u>s/ Retha Stotts</u>
                                                                RETHA STOTTS, Bar #6270680
                                                               Assistant Attorney General
                                                               100 West Randolph Street, 12th Floor
                                                               Chicago, Illinois 60601-3218
                                                               TELEPHONE: (312) 814-0010
                                                               FAX: (312) 814-5166
                                                               E-MAIL: rstotts@atg.state.il.us