<sup>Order Form (01/2005)</sup>

<sup>Case 1:08-cv-01943   Document 11   Filed 05/09/2008   Page 1 of 1</sup>



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1943 | **DATE** | 5/9/2008 |
| **CASE TITLE** | Ronnie Roberson vs. Jody Hathaway | | |

**DOCKET ENTRY TEXT**

Respondent Jody Hathaway's Motion for order directing release of record to Illinois Attorney General [9] is granted. ENTER ORDER DIRECTING RELEASE OF RECORD TO ILLINOIS ATTORNEY GENERAL. Notice of Motion date of 5/13/08 is stricken.

order attached

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|

<sup>08C1943 Ronnie Roberson vs. Jody Hathaway</sup>  <sup>Page 1 of 1</sup>