

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONNIE ROBERSON, | ) |
|   Petitioner, | ) |
| v. | ) No. 08 C 1943 |
| JODY HATHAWAY, Warden, | ) The Honorable |
|   | ) Robert M. Dow, Jr., |
|   Respondent. | ) Judge Presiding. |

## ORDER DIRECTING RELEASE OF RECORD TO ILLINOIS ATTORNEY GENERAL

Upon consideration of the **Motion For Order Directing Release Of Record To Illinois Attorney General**, filed on May 7, 2008, by counsel for the respondent, **IT IS ORDERED** that the motion is **GRANTED**. The Clerk of the Circuit Court of Cook County, Illinois, shall release the record in *People v. Roberson*, No. 97 CR 20913, to respondent's counsel, the Attorney General of Illinois.

ENTER: May 8, 2008          JUDGE: _____