IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE ROBERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1943 |
| | ) | |
| JODY HATHAWAY, Warden, | ) | The Honorable |
| | ) | Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to 28 U.S.C. § 2254(a), respondent JODY HATHAWAY moves this Court to dismiss petitioner's habeas corpus petition for lack of jurisdiction and in support states as follows:

1. Petitioner's habeas corpus petition, which this Court received on April 4, 2008, challenges his conviction for residential burglary in Cook County case number 97 CR 20913. (R.1 at 1).

2. Records of the Illinois Department of Corrections, copies of which are attached to this motion, reflect that petitioner's sentence in 97 CR 20913 was discharged on February 16, 2007.[1] (Exhibit A; Exhibit B at 2).

---

[1] Although petitioner is currently in respondent's custody at the Shawnee Correctional Center in Vienna, Illinois, his current custody relates to a separate case: 04 CR 27607. (Exhibit B at 1). Petitioner does not allege any connection between the two cases, and respondent knows of none.

3.  Because petitioner's sentence for the residential burglary conviction was discharged before his petition was filed, this Court lacks jurisdiction to consider the petition. *See Maleng v. Cook*, 490 U.S. 488, 490-91, 494 (1989) (district courts have jurisdiction to entertain petitions for habeas relief only from persons "in custody" under conviction or sentence under attack at time petition is filed); *Ogunwomoju v. United States*, 512 F.3d 69, 75 (2d Cir. 2008) ("the 'in custody' language of § 2254(a) is jurisdictional"); *Davis v. Roberts*, 425 F.3d 830, 834 (10th Cir. 2005) ("To the extent that Mr. Davis raises a claim challenging the execution of his [discharged] sentence, the district court lacked jurisdiction to hear the claim because he was no longer in custody under that sentence when he filed for relief in that court."); *Broomes v. Ashcroft*, 358 F.3d 1251, 1254 (10th Cir. 2004) ("In *Maleng*, the Supreme Court held once a prisoner's sentence expires, he is no longer 'in custody' under that conviction sufficient for the court to exercise jurisdiction to hear a habeas petition under § 2254."); *Unger v. Moore*, 258 F.3d 1260, 1263 (11th Cir. 2001) ("[F]ederal courts normally lack jurisdiction over petitions which challenge a conviction with a completely expired sentence."); *Steverson v. Summers*, 258 F.3d 520, 525 (6th Cir. 2001) (where sentences relating to challenged convictions expired before petition was filed, court lacked jurisdiction to consider petition).

## **CONCLUSION**

This Court should dismiss the petition for lack of jurisdiction. Should this Court deny this motion, respondent requests thirty days from the date of the denial to address petitioner's claims further in a subsequent submission.

May 29, 2008                                       Respectfully submitted,

                                                   LISA MADIGAN
                                                   Attorney General of Illinois

                         BY:     s/ Retha Stotts
                                 RETHA STOTTS, Bar #6270680
                                 Assistant Attorney General
                                 100 West Randolph Street, 12th Floor
                                 Chicago, Illinois 60601-3218
                                 TELEPHONE: (312) 814-0010
                                 FAX: (312) 814-5166
                                 E-MAIL: rstotts@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing **Motion to Dismiss for Lack of Jurisdiction** with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non-CM/ECF participant:

Ronald Roberson, #A70990
Shawnee Correctional Center
6665 Route 146 East
Vienna, IL 62995

                                                    s/ Retha Stotts
                                                    RETHA STOTTS, Bar #6270680
                                                    Assistant Attorney General
                                                    100 West Randolph Street, 12th Floor
                                                    Chicago, Illinois 60601-3218
                                                    TELEPHONE: (312) 814-0010
                                                    FAX: (312) 814-5166
                                                    E-MAIL: rstotts@atg.state.il.us

```
ILLINOIS DEPARTMENT OF CORRECTIONS                           PAGE    1
        OFFENDER TRACKING SYSTEM    RM           RUN DATE 05/16/08
        VERIFICATION OF INCARCERATION                RUN TIME 10.59.40

NAME:    ROBERSON, RONALD            IDOC #:   A70990

DATE OF BIRTH:   01/18/1956          LIVING UNIT:  SHA-SHA-03-B -59

HOLDING MITT CUSTODY DATE:                        10/27/2004

DATE ENTERED DEPARTMENT OF CORRECTIONS:           06/26/1998

DATE RECEIVED AT:  SHAWNEE                        05/24/2006

PROJECTED DATE OF RELEASE FROM CUSTODY:           11/27/2011

TYPE OF RELEASE:    PROJECTED MSR DATE

DESCRIPTION OF OFFENSE:
                                                            SENTENCE
INDICTMENT #           OFFENSE                              YR  MO  DA

*97C440758      BURGLARY                                   0007  00  0000
*97CR2091301    RESIDENTIAL BURGLARY                       0015  00  0000
*95CF410        THEFT >$300-$10K                           0000  54  0000
*92CR26402      BURGLARY                                   0006  00  0000
*92CR11276      BURGLARY                                   0005  00  0000
*91CR184        ATTEMPT BURGLARY                           0005  00  0000
*86CR16527      BURGLARY                                   0008  00  0000
*86CR16527      AGG BATTERY/GREAT BODILY HARM              0005  00  0000
*832123         BURGLARY                                   0004  00  0000
*81C3993        BURGLARY                                   0004  00  0000
```

— Discharged 2/16/07
— Discharged 2/16/07

ADDITIONAL MITTS ON PAGE 2

NOTE : "*" DISCHARGED MITTS

5/16/08
(DATE)

_Sharon Kluge_
RECORDS OFFICE SUPERVISOR        CORR. CENTER

SHAWNEE

CC:    MASTERFILE

Exhibit A

05/19/2008 12:32 FAX                                        ☒002



www
Roger E. Walk
Rod R. Blagoj

| Agency Links | Inmate Search  | Other Inmate Locators |
|---|---|---|
| Director | | |
| IDOC Overview | **Press for Printer Friendly Version (no graphics)** | Federal Inmate Locator |
| Mission Statement | | |
| Inmate Search | CHECK TO INCLUDE PHOTO ☐ | |
| Sex Registrant Search | | |
| Facilities | | |
| Visitation Rules | | |
| IDOC News | | |
| Reports & Stats | | |
| Jobs @ IDOC | | |
| Industries | | |
| Victim Services | | |
| Correctional Conferences | | |
| Wanted Fugitives | | |
| Attorney FAQ | | |
| FAQ | | |
| Contact Us | | |
| Employee Benefits Information | | |
| Illinois Department of Juvenile Justice | | |
| IDOC Home | | |



## A70990 - ROBERSON, RONALD

**Parent Institution:** Shawnee Correctional Center
**Inmate Status:** IN CUSTODY
**Location:** SHAWNEE
**Discharge Reason:**

**Click here to register for notification on any changes to this offender's custody status**

### VITALS
| | |
|---|---|
| Date of Birth: | 01-18-1956 |
| Weight: | 172 lbs. |
| Hair: | Black |
| Sex: | Male |
| Height: | 6 ft. 00 in. |
| Race: | Black |
| Eyes: | Brown |

### MARKS, SCARS, & TATTOOS

### ADMISSION / RELEASE / DISCHARGE INFO
| | |
|---|---|
| Custody Date: | 06/26/1998 |
| Projected Parole Date: | 11/27/2011 |
| Paroled Date: | -- |
| Tentative Discharge Date: | |
| Discharge From Parole: | 11/27/2013 |

### SENTENCING INFORMATION

| MITTIMUS: | 04CR27607 |
|---|---|
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY/SCHOOL/PLACE WORSHIP |
| CUSTODY DATE: | 10/27/2004 |
| SENTENCE: | 14 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |



Search Illinois

[Search Tips]



about Identity Theft

Exhibit B (page 1 of 3)

| | |
|---|---|
| MITTIMUS: | 97C440758 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 07/15/1997 |
| SENTENCE: | 7 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 97CR2091301 |
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | RESIDENTIAL BURGLARY |
| CUSTODY DATE: | 07/12/1997 |
| SENTENCE: | 15 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 95CF410 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | THEFT >$300-$10K |
| CUSTODY DATE: | 05/15/1995 |
| SENTENCE: | 0 YEARS 54 MONTHS 0 DAYS |
| COUNTY: | MCHENRY |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 92CR26402 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 11/02/1992 |
| SENTENCE: | 6 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 92CR11276 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 11/28/1990 |
| SENTENCE: | 5 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 91CR184 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | ATTEMPT BURGLARY |
| CUSTODY DATE: | 11/19/1990 |

Exhibit B (page 2 of 3)

| | |
|---|---|
| SENTENCE: | 5 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 86CR16527 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 12/08/1986 |
| SENTENCE: | 8 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 86CR16527 |
| CLASS: | 3 |
| COUNT: | 1 |
| OFFENSE: | AGG BATTERY/GREAT BODILY HARM |
| CUSTODY DATE: | 12/08/1986 |
| SENTENCE: | 5 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 832123 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 01/16/1983 |
| SENTENCE: | 4 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 81C3993 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 05/17/1981 |
| SENTENCE: | 4 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |
| | |
| MITTIMUS: | 79C6106 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | BURGLARY |
| CUSTODY DATE: | 08/30/1979 |
| SENTENCE: | 3 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

Exhibit B (page 3 of 3)