IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE ROBERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1943 |
| | ) | |
| JODY HATHAWAY, Warden, | ) | The Honorable |
| | ) | Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:  Ronald Roberson, #A70990
　　　Shawnee Correctional Center
　　　6665 Route 146 East
　　　Vienna, IL 62995

Please take notice that on Thursday, June 5, 2008, at 9:15 a.m., or as soon thereafter as I can be heard, I will appear before Judge Dow in room 1919 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's **Motion to Dismiss for Lack of Jurisdiction**.

|  |  |  |
|---|---|---|
| May 29, 2008 |  | Respectfully submitted, |
|  |  | LISA MADIGAN<br>Attorney General of Illinois |
|  | BY: | s/ Retha Stotts<br>RETHA STOTTS, Bar #6270680<br>Assistant Attorney General<br>100 West Randolph Street, 12th Floor<br>Chicago, Illinois 60601-3218<br>TELEPHONE: (312) 814-0010<br>FAX: (312) 814-5166<br>E-MAIL: rstotts@atg.state.il.us |