**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ronnie Roberson
                Plaintiff,

v.                                        Case No.: 1:08−cv−01943
                                              Honorable Robert M. Dow Jr.

Jody Hathaway
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Respondent's motion to dismiss for lack of jurisdiction [13] is taken under advisement. Petitioner's response to motion is due on 6/26/08; Respondent's reply is due on 7/10/08. The Court will issue a ruling by mail. Notice of Motion date of 6/5/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.