IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE ROBERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1943 |
| | ) | |
| JODY HATHAWAY, Warden, | ) | The Honorable |
| | ) | Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## REPLY

Pursuant to this Court's June 2, 2008 order, respondent JODY HATHAWAY replies to petitioner's "Order Respondent's Motion to Dismiss for Lack of Jurisdiction" (R.16) as follows:

In his Motion to Dismiss (R.13), respondent asserted that: (1) petitioner's federal habeas petition challenged only his conviction for residential burglary in case number 97 CR 20913; and (2) petitioner's sentence in that case was discharged before petitioner filed his federal petition. Accordingly, respondent argued that this Court lacked jurisdiction to consider the petition.

Petitioner's response (R.16) does not dispute either of these contentions. On the contrary, petitioner concedes that the sentence he is currently serving "has nothing to do with" his conviction in case number 97 CR 20913. (R.16 at 2-3). Instead, petitioner asserts that his attempts to comply with the exhaustion

requirement prevented him from filing his federal petition before his sentence expired. (R.16 at 1-3).

To the extent that petitioner contends that his attempts to exhaust his state remedies excuse him from satisfying § 2254's "in custody" requirement, he is incorrect. *See, e.g., Broomes v. Ashcroft*, 358 F.3d 1251, 1254 (10th Cir. 2004) (refusing to adopt rule "excusing habeas petitioners from the 'in custody' requirement if . . . they were diligently pursuing state court relief when their convictions expired"). Because the "in custody" requirement is jurisdictional, *see, e.g., Maleng v. Cook*, 490 U.S. 488, 490-91, 494 (1989); *Ogunwomoju v. United States*, 512 F.3d 69, 75 (2d Cir. 2008), petitioner's petition must be dismissed.

## CONCLUSION

For the reasons stated above and in respondent's Motion to Dismiss, this Court should dismiss the petition for lack of jurisdiction.

June 27, 2008							Respectfully submitted,

							LISA MADIGAN
							Attorney General of Illinois

					BY:	s/ Retha Stotts
							RETHA STOTTS, Bar #6270680
							Assistant Attorney General
							100 West Randolph Street, 12th Floor
							Chicago, Illinois 60601-3218
							TELEPHONE: (312) 814-0010
							FAX: (312) 814-5166
							E-MAIL: rstotts@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2008, I electronically filed the foregoing **Reply** with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non-CM/ECF participant:

Ronald Roberson, #A70990
Shawnee Correctional Center
6665 Route 146 East
Vienna, IL 62995

                                           s/ Retha Stotts
                                           RETHA STOTTS, Bar #6270680
                                           Assistant Attorney General
                                           100 West Randolph Street, 12th Floor
                                           Chicago, Illinois 60601-3218
                                           TELEPHONE: (312) 814-0010
                                           FAX: (312) 814-5166
                                           E-MAIL: rstotts@atg.state.il.us