BR

FILED
JUL 7 2008 aew
Jul 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RONNIE ROBERSON,  )
                  )
   Plaintiff,     )
                  )
vs.               )   No. 08 C 1943
                  )
JODY HATHAWAY, et al., )
                  )
   Defendants.    )

PLAINTIFF'S REPLY IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

Now comes the plaitiff, Ronnie Roberson, pro se, and pursuant to Rule 12 and Rule 56 of the Federal Rules of Civil Procedure, hereby submits his Reply in Opposition to Defendant's Motion to Dismiss. Plaintiff replies to each of the numbered paragraphs in defendant's motion as follows:

1. Plaintiff admits/denies the statement made in paragraph 1.

2. Plaintiff admits/denies the statement made in paragraph 2.

3. Plaintiff admits/denies the statement made in paragraph 3.

4. Plaintiff admits/denies the statement made in paragraph 4.

WHEREFORE, for the foregoing reasons and in light of the pleadings and documents attached hereto and made a part hereof, plaintiff respectfully asks the Court to deny defendant's Motion to Dismiss.

Respectfully submitted,

Ronnie Roberson

Plaintiff, pro se
Box 300, # A-70990
Shawnee Correctional Center
Vienna, Illinois 62995

Dated: 7-1-08