IN THE UNITED STATES DISTRICT COURT
FOR THE **NORTHERN** DISTRICT OF ILLINOIS

FILED
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Ronnie Roberson**,  )
      Plaintiff,  )
        )
vs.  )  No. **08 C 1943**
        )
**JODY HATHAWAY**, et al.,  )
      Defendants. **Warden**  )

PLAINTIFF'S REPLY IN OPPOSITION TO
DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes the plaintiff, **Ronnie Roberson**, pro se, and pursuant to Rule 12 and Rule 56 of the Federal Rules of Civil Procedure, hereby submits his Reply in Opposition to Defendant's Motion for Judgment on the Pleadings. Plaintiff replies to each of the numbered paragraphs in defendant's motion as follows:

1. Plaintiff admits/<u>denies</u> the statement made in paragraph 1.

2. Plaintiff admits/<u>denies</u> the statement made in paragraph 2.

3. Plaintiff admits/<u>denies</u> the statement made in paragraph 3.

4. Plaintiff admits/<u>denies</u> the statement made in paragraph 4.

WHEREFORE, for the foregoing reasons and in light of the pleadings and documents attached hereto and made a part hereof, plaintiff respectfully asks the Court to deny defendant's Motion for Judgment on the Pleadings.

Respectfully submitted,

*Ronnie Roberson*

Plaintiff, pro se
Box 300, # _____
Shawnee Correctional Center
Vienna, Illinois 62995

Dated: **7-1-08**