IN THE UNITED STATES DISTRICT COURT
FOR THE **NORTHERN** DISTRICT OF ILLINOIS

**BONNIE ROBERSON**, )
)
Plaintiff, )
)
vs. )    No. **08 C 1943**
)
**JODY HATHAWAY**, et al., )
)
Defendants. )

MOTION TO SUPPLEMENT THE RECORD

Plaintiff, **Bonnie Roberson**, pro se, respectfully moves the Court pursuant to Rule 15, Federal Rules of Civil Procedure, to allow him to Supplement the Record in this cause of action by adding to the record the document(s) listed below:

1. **Case regarding Lack of Jurisdiction**

2. **Argument**

3.

WHEREFORE, plaintiff prays that the Court grant his Motion to Supplement the Record and order that the above described document(s), attached hereto, be added to the record in this cause of action.

Respectfully submitted,

*Bonnie Roberson*

Plaintiff, pro se
Box 300, # **A-70990**
Shawnee Correctional Center
Vienna, Illinois 62995

Signed this **MON** day of **July 1st**, **08**.

IN THE
UNITED STATES DISTRICT COURT
FOR THE **NORTHERN** DISTRICT OF ILLINOIS

Ronnie Roberson, Plaintiff,

v.

JODY HATHAWAY, Warden,

Defendant(s).

FILED
JUL 7 2008
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08 C 1943

Honorable Robert M. Dow, Jr.

## NOTICE OF MOTION & PROOF OF SERVICE

To: Ill. Attorney General Ms. Retha Stotts
100 W. Randolph St. 12th Fl.
Chicago, Il.
(Clerk) 60604
prisoner correspondence

To: Clerk's Office U.S. District Court
219 South Dearborn Street
Chicago
(Opposing Party) 60604

To: Judge Robert M. Dow, Jr.
219 South Dearborn
Chicago, Il.
(Opposing Party) 60604

PLEASE TAKE NOTICE that on this **Monday** day of **July 1st**, **08**. I have filed with the Clerk, the Original and Two copies of the following documents:

A. Motion for Extension of time.

### PROOF OF SERVICE

I, **Ronnie Roberson**, Plaintiff, pro se, deposes and states that I have served the above named parties with copies of the attached motion for extension of time, by placing said documents in the U.S. Mail Box at the Shawnee Correctional Center, proper postage prepaid and documents placed in envelopes for proper delivery service before the hour of 5:00 p.m. on this **Mon** day of **July 1st**, **08**.

Executed on: **7-1**, **08**.

/s/ Ronnie Roberson
Reg. No. A-70990
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Illinois, 62995

IN THE
UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF ILLINOIS

RONNIE Roberson,
  Plaintiff,
v.
JODY HATHAWAY,
  Warden,
  Defendant(s).

Case No. 1:08-CV-01943

Honorable Robert M. Dow, Jr.
Judge Presiding.

FILED
JUL 7 2008
Jul 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLAINTIFF'S MOTION FOR LEAVE TO FILE
A MOTION FOR EXTENSION OF TIME

Now comes Plaintiff, pro se, pursuant to Rule 6(b) of the Rules of Civil Procedure, and prays that this Honorable Court will grant his motion for leave to file a motion for extension of time.

In support:

A. I am the "Plaintiff" in the above entitled cause.

B. I am currently incarcerated at the Shawnee Correctional Center, Vienna, Illinois, 62995.

C. Plaintiff's Motion: Response to Motion to dismiss is due on 6-26, 08.

D. The reasons for the delay are as follows: Shawnee C.C. was placed on LOCK-DOWN, this enabled Ronnie Roberson use of the only legal material available "Post Trial Remedies" which he have in his cell. Inmates was not able to use the law library to cite case law.

E. Plaintiff, requires additional time to finalize the following documents: Petitioner's response to motion to diss for Lack of Jurisdiction.

WHEREFORE, Plaintiff, prays that this Honorable Court will grant him an extension of time of 60 days in which to file his pleadings..

Dated: 7-1-08

Respectfully,
/s/ Ronnie Roberson
Reg. No. A-70990
Shawnee Correctional Center.

( Pg. 1 )

DECLARATION UNDER PENALTY OF PERJURY

I, Ronnie Roberson, pro se, declare under penalty of perjury that I am the maker of the attached motion for extension of time, that I have read the contents thereof, and that the information contained therein is true and correct both in substance and fact to the best of my knowledge and belief. 28 U.S.C. § 1746.

Executed on: 7-1, 08.

/s/ Ronnie Roberson
Reg. No. A-70990
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Illinois
62995

( Pg. 2 )