**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JUL 7 2008

JUL 7. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RONNIE ROBERSON                ,  )
          Plaintiff,           )
                               )
vs.                            )    No. 08 C 1943
                               )
JODY HATHAWAY       , et al.,  )
          Defendants.          )
                               )

PLAINTIFF's AFFIDAVIT SUPPLEMENTING THE RECORD

Plaintiff, **Ronnie Roberson**  , pro se, being first sworn upon oath
and under penalty of perjury, deposes and states that the following statements
are true and correct, are based upon personal knowledge and belief, and that if
called as a witness, I am competent to testify thereto.  I am making this
affidavit in order to:

A.  Provide precise details omitted from my original Complaint as a way
    of supporting my pleadings in opposition to defendant's answers and
    the documents they submitted therewith; and

B.  Show that I am a pro se litigant, I'm not well versed in the law, in
the procedure required in the Law, and that I've raised meritorious issues worthy
of the consideration of the Court, in the interest of Justice and the court
should allow my motion

C.  The following numbered paragraphs are arranged in chronological order
    by dates that are relevant to this document.

1. Ms. Retha Stotts Assistant Attorney General filed NOTICE of
Motion Dated 05/29/2008 Motion to dismiss for Lack of Jurisdiction.

2. NOTIFICATION of DOCKET ENTRY. This docket entry was made by
Clerk on Monday 2, 2008 before the Honorable Robert M. Dow, Jr.

3. Ronnie Roberson Petitioner's response; all of the above information
come during institutional Lock-Down, petitioner unable to prepare
brief to contes the State's Motion. I'd like to withdraw my
petition to response and attempt to answer the State's NOTICE of
Motion to Dismiss for Lack of Jurisdiction. Please allow the

Petition construct with their own his response in order to response with the case Law because petitioner did not have access to the library during the institutional lock down, please allow Ronnie Roberson the petitioner to withdraw his petition without prejudice. Thank you!

 

The statements and allegations made in the foregoing Affidavit are true and correct to the best of my recollection, personal knowledge, and belief. Allegations made based on information and belief are explained as such in the Affidavit.

FURTHER AFFIANT SAYS NOT.

State of Illinois  )
                   )  ss.
County fo Johnson  )

*Ronnie Roberson*
                                  - AFFIANT
Plaintiff, pro se
Box 300, # A-70990
Shawnee Correctional Center
Vienna, Illinois  62995

Subscribed and sworn to before

me this _____ day of _____, __.


NOTARY PUBLIC _____