# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1943 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Ronnie Roberson vs. Jody Hathaway | | |

**DOCKET ENTRY TEXT**

The Court grants Petitioner's motion to supplement the record [21], permits Petitioner to withdraw his prior brief [20], and allows Petitioner to file an amended response brief on or before September 25, 2008. Respondent is given to and including October 9, 2008, in which to file a reply brief in support of the motion to dismiss.

■[ For further details see text below.]      Docketing to mail notices. Notices mailed by Judicial staff.

### STATEMENT

On April 4, 2008, Petitioner submitted a petition for writ of habeas corpus [1], along with a motion for leave to file in forma pauperis [3]. This Court granted the motion for leave to file in forma pauperis, and the petition was filed on April 30, 2008. On May 29, 2008, Respondent filed a motion to dismiss [13] for lack of jurisdiction. The Court set a briefing schedule on the motion.

The Court has before it Petitioner's motion to supplement the petition [21]. Based on the Court's review of Petitioner's brief in opposition to the motion to dismiss [20] and his affidavit [22] in support of his motion to supplement the record, it appears that Plaintiff would like to withdraw the response that he initially filed because he had inadequate opportunity to have access to a law library during an institutional lock-down at the Shawnee Correctional Center during the time allotted for his response. Accepting that representation and taking into account the effort in Petitioner's submission to address case law, the Court construes Petitioner's motion to supplement the petition as a motion to withdraw his response brief and for an extension of time in which to file an amended response to Respondent's motion to dismiss. The Court will grant the motion [21], permit Petitioner to withdraw his prior brief [20], and file an amended response brief on or before September 25, 2008. Respondent is given to and including October 9, 2008, in which to file a reply brief in support of the motion. The Court will issue a ruling on the motion to dismiss by mail.